UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Evelyn L. Canada, individually and on behalf of all others similarly situated,<br>　　*Plaintiff*,<br><br>v.<br><br>Receivables Management Partners, LLC d/b/a RMP Services, LCC,<br>　　*Defendant*. | §<br>§<br>§<br>§　Case No. 1:25-CV-00649-ADA<br>§<br>§<br>§<br>§<br>§ |

# ORDER

On this day, Plaintiff filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, this case is now **CLOSED**.

**SIGNED** on August 19, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE